THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent, 
 
 
 

v.

 
 
 
 James Staley, Appellant.
 
 
 

Appeal From Berkeley County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-189    
 Submitted March 1, 2012  Filed March 14,
2012

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM: James Staley appeals his
 convictions for assault and battery of a high and aggravated nature, failure to
 stop for a blue light, and discharging a firearm at or into a dwelling, arguing
 the trial court erred in charging the jury on the "hand of one, hand of
 all" theory.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.